UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSE WRENN, ON HIS OWN BEHALF
AND OTHERS SIMILARLY SITUATED,

Plaintiffs,

-vs-                                              Case No.  6:06-cv-1652-Orl-28JGG

CENTRAL FLORIDA STONE WORKS,
INC.,  KEVIN ROSS,

Defendants.

---

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement Agreement as Stipulated Final Judgment (Doc. No. 30) filed March 7, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed March 23, 2007 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Motion to Approve Settlement Agreement as Stipulated Final Judgment is **GRANTED** and the settlements are **APPROVED**.

3.      This case is **DISMISSED with prejudice**.

4.      The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this ___10___ day of April, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party